ACCEPTED
12-14-00357-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/15/2015 3:45:56 PM
CATHY LUSK
CLERK

NO. 12-14-00357-CV

## IN THE COURT OF APPEALS FOR THE TWELFTH DISTRICT AT TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/15/2015 3:45:56 PM
CATHY S. LUSK
Clerk

**PINECREST SNF, LLC D/B/A PINECREST NURSING & REHABILITATION CENTER,**
*Appellant,*

v.

**TASCO BAILEY, NATHAN BAILEY, CARLIE BAILEY, ROY BAILEY, BILL BAILEY, JAMES BAILEY, EARL BAILEY, MARY DUNLAP AND LICILLE MARTIN, AS HEIRS OF ARCHIE BAILEY,**
*Appellees.*

On Interlocutory Appeal from the
114th Judicial District Court of Smith County, Texas
Cause No. 14-0856-B
The Honorable Christi Kennedy Presiding

## UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**NICHOL L. BUNN**
State Bar No. 00790394
**AMBER R. PICKETT**
State Bar No. 24058046
**LEWIS, BRISBOIS, BISGAARD & SMITH, LLP**
2100 Ross Avenue, Suite 2000
Dallas, Texas 75201
(214) 722-7100
(214) 722-7111 (fax)

**ATTORNEYS FOR APPELLANT**

TO THE HONORABLE COURT:

Pursuant to Texas Rule of Appellate Procedure 38.6(d), Pinecrest SNF, LLC d/b/a Pinecrest Nursing & Rehabilitation Center ("Appellant") files this Unopposed Motion to Extend Time to File Appellant's Brief and in support thereof would show the Court as follows:

## I.

Texas Rule of Appellate Procedure 38.6(d) allows the Court to extend the briefing deadlines. The appellate record was completed and filed with this Court on December 29, 2014. Appellant's deadline to file its brief is currently January 18, 2015. Appellant hereby requests an extension of 52 days, or until March 11, 2015, to file Appellant's brief.

This Court has ordered this case be referred to mediation. Appellant and Appellees have agreed a mediator and are currently working to agree a mediation date. The deadline to complete mediation is February 19, 2015. If the parties can resolve their disputes at mediation, this appeal will be moot. Appellant does not wish to unnecessarily incur significant fees and costs prior to mediation in order to brief issues for this appeal which may be subsequently dismissed by the parties.

For these reasons, Appellant asks this Court extend the time to file Appellant's brief by 52 days from the current deadline, which is twenty days following the mediation deadline set by this Court. The new deadline would be March 11, 2015.

## II.

This motion is not made for the purposes of delay, but so that justice may be done in the disposition of this appeal.

## III.

This is Appellant's first request for an extension of time to file its brief.

## IV.
## Certificate of Conference

Counsel for Appellant has conferred with counsel for Appellees regarding this motion and the relief sought herein and Appellees' counsel is unopposed to the motion and relief sought herein.

## V.
## Prayer

WHEREFORE, PREMISES CONSIDERED, Appellant Pinecrest SNF, LLC d/b/a Pinecrest Nursing & Rehabilitation Center respectfully requests this Court grant this unopposed motion and extend the deadline to file Appellant's brief 52 days – from January 18, 2015 to and including March 11, 2015 – and for such other relief to which it may be justly entitled.

Respectfully submitted,

Nichol L. Bunn
State Bar No. 00790394
Amber R. Pickett
State Bar No. 24058046

LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
2100 Ross Avenue, Suite 2000
Dallas, Texas 75201
(214) 722-7100
(214) 722-7111 (fax)

ATTORNEYS FOR APPELLANT
PINECREST SNF, LLC D/B/A PINECREST
NURSING & REHABILITATION CENTER

## CERTIFICATE OF CONFERENCE

Appellees' attorney has been contacted regarding the substance of this motion and the relief sought herein; and, counsel for Appellees is unopposed.

Nichol L. Bunn

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true and correct copy of this document has been served upon all counsel of record listed below, in accordance with the Texas Rules of Appellate Procedure, by certified mail, return receipt requested, on the 15th day of January, 2015.

Robert M. Wharton
Mary Green
McIVER BROWN LAW FIRM
JP Morgan Chase Bank Building
712 Main Street, Suite 800
Houston, Texas 77002

Nichol L. Bunn